**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

ANTHONY WHITING,

      Petitioner,

v.                                                                    CASE NO.  4:08cv301-RH/WCS

WALTER A. McNEIL,

      Respondent.

_____/

## ORDER DISMISSING PETITION

This case is before the court on the magistrate judge's report and recommendation (document 11). and the objections (document 12).  I have reviewed *de novo* the issues raised by the objections.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The petition under 28 U.S.C. § 2254 challenging the petitioner's conviction in the Circuit Court, Second Judicial Circuit, Leon County, Florida, case number 2003CF2364, is DISMISSED as untimely."  The clerk must close the file.

SO ORDERED on August 7, 2009.

s/Robert L. Hinkle_____
United States District Judge